# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BENITA MCMULLEN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **PARRISH LEASING CO, et al.**, <br><br> Defendants. | ) Case No.: 3:19-cv-02396 <br> ) <br> ) Magistrate Judge James R. Knepp, II <br> ) <br> ) **CHANGE OF ADDRESS OF SAMUEL G.** <br> ) **BOLOTIN** <br> ) <br> ) Samuel G. Bolotin (0014727) <br> ) Charles E. Boyk Law Offices, LLC <br> ) 405 Madison Ave., Suite 1200 <br> ) Toledo, Ohio 43604 <br> ) Telephone: (419) 241-1395 <br> ) Facsimile: (419) 241-8731 <br> ) sbolotin@charlesboyk-law.com <br> ) <br> ) Attorneys for Plaintiffs |

Please take notice that attorney Samuel G. Bolotin has joined the firm of Charles E. Boyk Law Offices as Of Counsel. His new address is Charles E. Boyk Law Offices, LLC, 405 Madison Avenue, Suite 1200, Toledo, OH 43604. His new email addresses is sbolotin@charlesboyk-law.com. His new phone number is (419)241-1395 and fax number is (419)241-8731. Please send all future correspondence to the new address.

        Respectfully submitted,

        */s/ Samuel G. Bolotin*

        Samuel G. Bolotin (0014727) <br>
        Charles E. Boyk Law Offices, LLC <br>
        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of November, 2019, a copy of the foregoing was filed electronically and served via e-mail to the following parties in interest:

ROBERT J. BAHRET
405 MADISON AVE., 8TH FLOOR
TOLEDO, OH 43604

ANDREW J. AYERS
405 MADISON, 8TH FLOOER
TOLEDO, OH 43604

                                                    */s/ Samuel G. Bolotin*

                                                    Samuel G. Bolotin (0014727)
                                                    Charles E. Boyk Law Offices, LLC
                                                    *Attorney for Plaintiffs*